[No. 1982-2. Division Two. December 6, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. GRADY DIAMOND GOSNELL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 8414, Robert D. McMullen, J., entered June 3, 1975. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 3469-1. Division One. December 6, 1976.]

HAROLD F. BATES, *Appellant*, v. JOHNNY SCHROEDER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 120571, Robert C. Bibb, J., entered November 25, 1974. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris and Andersen, JJ.

[Nos. 4267-1; 4893-1. Division One. December 6, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL G. SYLVESTER, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 73166, James J. Dore, J., entered October 17, 1975. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris and Andersen, JJ.

[No. 4508-1. Division One. December 6, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. CASMIRO GUTIERREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 8993, Byron L. Swedberg, J., entered October 16, 1975. *Affirmed* by unpublished opinion per Farris, J., concurred in by Williams, C.J., and Swanson, J.